**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JASON HAYNES                                                                              PLAINTIFF
ADC #127280

V.                                        No. 5:18CV00270-JM

DUB BRASSELL DETENTION CENTER;
and TYRA TYLER, Chief of Staff,
Dub Brassell Detention Center                                                      DEFENDANTS

## ORDER

Plaintiff Jason Haynes has not filed a substituted complaint that complies with the Court's

October 25, 2018 and May 22, 2019 Orders. *Docs. 4 & 7.* The time to do so has expired.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R.

Civ. P. 41 (b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in*

*forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 27th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE